**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **MICHAEL SCOTT HARRIS, SR** | : | |
| **AKA MICHAEL SCOTT HARRIS** | : | **CASE NO. 1:11-bk-07902** |
| | : | |
| | : | |
| **Debtor(s)** | : | |


## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE


Comes now the Debtor, Michael Scott Harris, Sr, by and through the Dorothy L.Mott Law

Office, LLC, and moves this Court to terminate the Wage Attachment Order previously entered

in this case, respectfully stating in support thereof as follows:

    1.  The Debtor filed a Chapter 13 Petition on November 29, 2011

    2.  The Debtor has completed all payments due under the plan and wishes to terminate the

wage attachment.

    Wherefore, the Debtor respectfully requests that this Honorable Court enter an Order

terminating the Wage Attachment Order previously entered in this case.


     Respectfully submitted,

    /s/Dorothy L Mott
    _____

    Dorothy L. Mott, Esquire, Atty ID 43568
    Kara K. Gendron, Esquire, Atty ID 87577
    Mott & Gendron Law
    125 State Street
    Harrisburg, PA 17101
    Tel  (717)232-6650
    Fax (717) 232-0477
    doriemott@aol.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**


| | | |
|---|---|---|
| **IN RE:** | : | **CHAPTER 13** |
| **MICHAEL SCOTT HARRIS, SR** | : | |
| **AKA MICHAEL SCOTT HARRIS** | : | **CASE NO. 1:11-bk-07902** |
| | : | |
| | : | |
| **Debtor(s)** | : | |

## <u>ORDER</u>

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| **MICHAEL SCOTT HARRIS, SR** | : | |
| **AKA MICHAEL SCOTT HARRIS** | : | **CASE NO. 1:11-bk-07902** |
| | : | |
| | : | |
| Debtor(s) | : | |

## CERTIFICATE OF SERVICE

I certify that on August 3, 2016 I served a copy of the foregoing document(s) on the following parties:

| Name and Address | Mode of Service |
|---|---|
| CHARLES J DEHART, III ESQUIRE<br>8125 ADAMS DRIVE SUITE A<br>HUMMELSTOWN PA 17036 | Electronically |
| PROPLASTIX INTERNATIONAL, INC<br>ATTN: PAYROLL DEPARTMENT<br>861 N HERCULES AVENUE<br>CLEARWATER, FL 33765 | First Class Mail, Postage Prepaid |

I certify under penalty of perjury that the foregoing is true and correct.

Date: 08/03/2016

/s/Edith Warfel, Secretary

_____

Mott & Gendron Law
 125 State Street
Harrisburg, PA 17101
Tel: (717)232-6650
Fax: (717) 232-0477