```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
```

In re:                                                          Case No. 11-07902-MDF
Michael Scott Harris, Sr                                        Chapter 13
       Debtor                    **CERTIFICATE OF NOTICE**

District/off: 0314-1        User: MMchugh          Page 1 of 1           Date Rcvd: Aug 03, 2016
                            Form ID: pdf010        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 05, 2016.
  +Poplastix International Inc.,   Attn: Payroll Dept.,   861 N Hercules Avenue,    Clearwater, FL 33765-2025

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

  ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 05, 2016                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 3, 2016 at the address(es) listed below:
  Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
  Dorothy L Mott    on behalf of Debtor Michael Scott Harris, Sr DorieMott@aol.com,
   KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
  Heather Elizabeth Verchick    on behalf of Creditor Andrea  Harris heather@midstatelaw.com
  Joseph P Schalk    on behalf of Creditor   Bank of America, N.A. pamb@fedphe.com
  Joshua I Goldman    on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com,
   bkgroup@kmllawgroup.com
  Joshua I Goldman    on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, et. al.
   bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
  Kara Katherine Gendron    on behalf of Debtor Michael Scott Harris, Sr karagendronecf@gmail.com,
   doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
  United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                     TOTAL: 8

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| MICHAEL SCOTT HARRIS, SR | : | |
| AKA MICHAEL SCOTT HARRIS | : | CASE NO. 1:11-bk-07902 |
| | : | |
| | : | |
| Debtor(s) | : | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtor in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.

By the Court,

_____
John J. Thomas, Bankruptcy Judge
(MM)

Dated: August 3, 2016