```
                          United States Bankruptcy Court
                           Middle District of Pennsylvania
```

In re:                                                              Case No. 11-07902-MDF
Michael Scott Harris, Sr                                            Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-1           User: MMchugh              Page 1 of 1            Date Rcvd: Sep 13, 2016
                      Form ID: ntrevtfr          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 15, 2016.
db         +Michael Scott Harris, Sr,   190 Lenker Drive,   Williamstown, PA 17098-9524

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 15, 2016                                               Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 13, 2016 at the address(es) listed below:
          Charles J. DeHart, III (Trustee)   dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Dorothy L Mott   on behalf of Debtor Michael Scott Harris, Sr DorieMott@aol.com,
           KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
           .com
          Heather Elizabeth Verchick   on behalf of Creditor Andrea  Harris heather@midstatelaw.com
          Joseph P Schalk   on behalf of Creditor   Bank of America, N.A. pamb@fedphe.com
          Joshua I Goldman   on behalf of Creditor   Bank of America, N.A. bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          Joshua I Goldman   on behalf of Creditor   WILMINGTON SAVINGS FUND SOCIETY, et. al.
           bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kara Katherine Gendron   on behalf of Debtor Michael Scott Harris, Sr karagendronecf@gmail.com,
           doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                                                            TOTAL: 8

ntrevtfr(04/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Michael Scott Harris Sr<br>aka Michael Scott Harris<br>Debtor(s) | Chapter<br>Case No. | 13<br>1:11−bk−07902−MDF |

## Notice

Notice to the Debtor:

The Trustee has filed a final report and final account certifying that the estate has been fully administered. If within thirty (30) days no objection has been filed by the United States Trustee or a party in interest, pursuant to F.R.B.P. 5009, there shall be a presumption that the estate has been fully administered and this case will be closed without further notice.

Pursuant to L.B.R. 3015−5 a discharge will not be entered for debtor unless a Certification About a Financial Management Course is filed.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>Ronald Reagan Federal Building<br>PO Box 908<br>Harrisburg, PA 17108<br>(717) 901−2800 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: MMchugh |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: September 13, 2016 |