Certificate Number: 13858-PAM-DE-028074341

Bankruptcy Case Number: 11-07902


13858-PAM-DE-028074341

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 17, 2016, at 1:59 o'clock PM EDT, Michael Harris Sr. completed a course on personal financial management given by internet by MoneySharp Credit Counseling Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   September 17, 2016          By:   /s/Marisol Sanchez

                                    Name: Marisol Sanchez

                                    Title: Counselor