```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                                  Case No. 11-07902-MDF
Michael Scott Harris, Sr                                                Chapter 13
          Debtor
                                     CERTIFICATE OF NOTICE
District/off: 0314-1           User: MMchugh                 Page 1 of 2                  Date Rcvd: Sep 19, 2016
                               Form ID: 3180W                Total Noticed: 48


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2016.
db            +Michael Scott Harris, Sr,    190 Lenker Drive,    Williamstown, PA 17098-9524
3990368       +ALLIED INTERSTATE INC,    3000 CORPORATE EXCHANGE DRIVE 5TH FLOOR,    COLUMBUS, OH 43231-7689
3990370        BANK OF AMERICA MORTGAGE,    475 CROSSPOINT PKWY,    NY2 001 02 14,    GETZVILLE, NY 14068
3990371       +BERKHEIMER ASSOCIATES,    50 N SEVENTH STREET,    BANGOR, PA 18013-1795
3990374        CAC FINANCIAL CORP,    2601 NW EXPRESSWAY,    SUITE 1000 EAST,    OKLAHOMA CITY, OK 73112-7236
3990380        COMM OF PA DEPT L&I,    READING B&C UNIT UTCS,    625 CHERRY ST ROOM 203,
                READING, PA 19602-1152
3990381        COMM OF PA DEPT OF REVENUE,    BUREAU OF COMPLIANCE,    PO BOX 280946,
                HARRISBURG, PA 17121-0946
3990383       +DAUPHIN COUNTY DOMESTIC RELATIONS,    PO BOX 1295,    HARRISBURG, PA 17108-1295
3990384       +DAUPHIN COUNTY TAX CLAIM,    2 SOUTH 2ND STREET,    HARRISBURG, PA 17101-2047
3990387       +GECRB/CARE1,    PO BOX 965036,    ORLANDO, FL 32896-5036
3990389       +HEATHER E VERCHICK, ESQ,    215 PINE STREET, STE 200,    HARRISBURG, PA 17101-1318
3990391       +HUD/FHA,   PO BOX 8079,    PHILADELPHIA, PA 19101-8079
3990393       +IVY L DRUM TAX COLLECTOR,    525 W 5TH ST,    WILLIAMSTOWN, PA 17098-9541
3990394        KERWIN & KERWIN,    JOSEPH D KERWIN ESQ,    4245 ROUTE 209,    ELIZABETHVILLE, PA 17023
3990396       +P. SCOTT LOWERY, PC,    4500 CHERRY CREEK DRIVE SOUTH,    STE 700,    DENVER, CO 80246-1534
3990397        PP&L,   ATTN: BANKRUPTCY DEPT,    827 HAUSMAN ROAD,    ALLENTOWN PA 18104-9392
3990399       +SUSQUEHANNA BANK OF PA,    9 E MAIN ST,    LITITZ, PA 17543-1926
4078138       #+Susquehanna Bank,    PO Box 639,    Maugansville, MD 21767-0639
3990402       +WILLIAMSTOWN WATER AUTHORITY,    200 S WEST STREET,    PO BOX 32,    WILLIAMSTOWN, PA 17098-0032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             EDI: AIS.COM Sep 19 2016 19:13:00      Midland Funding LLC by American InfoSource LP as a,
                PO Box 4457,    Houston, TX  77210-4457
cr            +EDI: PRA.COM Sep 19 2016 19:13:00      PRA Receivables Management LLC,    PO Box 41067,
                Norfolk, VA 23541-1067
cr             EDI: RECOVERYCORP.COM Sep 19 2016 19:13:00      Recovery Management Systems Corporation,
                25 SE 2nd Avenue, Suite 1120,    Miami, FL  33131-1605
3990367       +EDI: ALLIANCEONE.COM Sep 19 2016 19:13:00      ALLIANCE ONE,    4850 STREET RD SUITE 300,
                TREVOSE, PA 19053-6643
4034817       +EDI: BANKAMER.COM Sep 19 2016 19:13:00      BANK OF AMERICA, N.A., Et al,
                BANK OF AMERICA, N.A.,    7105 CORPORATE DRIVE,    PLANO, TX 75024-4100
3990373       +E-mail/Text: notices@burt-law.com Sep 19 2016 19:16:24      BURTON NEIL & ASSOC PC,
                1060 ANDREW DR  STE 170,    WEST CHESTER, PA 19380-5600
3990375       +EDI: STFC.COM Sep 19 2016 19:13:00      CACH, LLC,    4340 S MONACO STREET UNIT 2,
                DENVER, CO 80237-3581
3990376       +E-mail/Text: dehartstaff@pamd13trustee.com Sep 19 2016 19:16:20      CHARLES J DEHART, III, ESQ.,
                8125 ADAMS DRIVE STE A,    HUMMELSTOWN PA 17036-8625
3990377       +EDI: CHASE.COM Sep 19 2016 19:13:00      CHASE,    ACCOUNT INQUIRIES,    PO BOX 15298,
                WILMINGTON, DE 19850-5298
3990378       +EDI: CITICORP.COM Sep 19 2016 19:13:00      CITIBANK SOUTH DAKOTA NA,    701 E 60TH ST N,
                SIOUX FALLS, SD 57104-0493
3990379       +EDI: CITICORP.COM Sep 19 2016 19:13:00      CITICORP CREDIT SERVICES BK NOTICE,    PO BOX 20507,
                KANSAS CITY, MO 64195-0507
3990382        EDI: CREDPROT.COM Sep 19 2016 19:13:00      CRD PRT ASSO,    ONE GALLERIA TOWER,
                DALLAS, TX 75240
4019103        EDI: CHASE.COM Sep 19 2016 19:13:00      Chase Bank USA, N.A.,    PO Box 15145,
                Wilmington, DE 19850-5145
3990385        EDI: DIRECTV.COM Sep 19 2016 19:13:00      DIRECTV, INC,    BANKRUPTCY CLAIMS,    PO BOX 70014,
                BOISE, ID, 83707-0114
4019844        EDI: RECOVERYCORP.COM Sep 19 2016 19:13:00      Equable Ascent Financial, LLC,
                c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
3990388        EDI: RMSC.COM Sep 19 2016 19:13:00      GECRB/GAP,    PO Box 965005,    Orlando, FL 32896-5005
4019875        EDI: RECOVERYCORP.COM Sep 19 2016 19:13:00      Granite Recovery LLC,
                c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,    Miami FL 33131-1605
3990390        EDI: HFC.COM Sep 19 2016 19:13:00      HSBC/BOSCOV BILLING,    C/O HSBC BOSCOVS,    PO BOX 5226,
                CAROL STREAM, IL 60197-5226
3990392        EDI: IRS.COM Sep 19 2016 19:13:00      INTERNAL REVENUE SERVICE - CIO,    PO BOX 7346,
                PHILADELPHIA, PA 19101-7346
3990395       +EDI: RESURGENT.COM Sep 19 2016 19:13:00      LVNV FUNDING,    PO BOX 10584,
                GREENVILLE, SC 29603-0584
4236788        EDI: AIS.COM Sep 19 2016 19:13:00      Midland Funding LLC,    by American InfoSource LP as agent,
                PO Box 4457,    Houston, TX  77210-4457
4014808       +EDI: OPHSUBSID.COM Sep 19 2016 19:13:00      OAK HARBOR CAPITAL III, LLC,
                C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
4078294        EDI: PRA.COM Sep 19 2016 19:13:00      Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk VA 23541
4050316        EDI: PRA.COM Sep 19 2016 19:13:00      Portfolio Recovery Associates, LLC,    POB 12914,
                Norfolk VA 23541
3999685        EDI: Q3G.COM Sep 19 2016 19:13:00      Quantum3 Group LLC as agent for World Financial Ne,
                World Financial Network National Bank,    PO Box 788,    Kirkland, WA  98083-0788
4000995        EDI: RECOVERYCORP.COM Sep 19 2016 19:13:00      Recovery Management Systems Corporation,
                25 S.E. 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
```

```
District/off: 0314-1           User: MMchugh              Page 2 of 2                Date Rcvd: Sep 19, 2016
                               Form ID: 3180W             Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
3990398        +EDI: SEARS.COM Sep 19 2016 19:13:00      SEARS/CBNA,    8725 W SAHARA AVE,
                 THE LAKES, NV 89163-0001
3990400        +EDI: WFNNB.COM Sep 19 2016 19:13:00      WFNNB/FASHBUG,    4590 E BROAD STREET,
                 COLUMBUS, OH 43213-1301
3990401        +EDI: WFNNB.COM Sep 19 2016 19:13:00      WFNNB/VCFURN/RT,    PO BOX 182273,
                 WF COLUMBUS, OH 43218-2273
                                                                                             TOTAL: 29

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4254378*        Midland Funding LLC,    by American InfoSource LP as agent,    PO Box 4457,
                 Houston, TX 77210-4457
4064833*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 12914,
                   Norfolk VA 23541)
4064834*       ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 12914,
                   Norfolk VA 23541)
cr             ##+Andrea Harris,   407 Elizabeth Street,    Williamstown, PA 17098-1306
3990369        ##+ANDREA M HARRIS,    407 ELIZABETH STREET,    WILLIAMSTOWN, PA 17098-1306
4061837        ##+Andrea M. Harris,    C/O Heather E. Verchick, Esq.,    Andreozzi & Assoc. PC,
                 215 Pine St., Ste. 200,    Harrisburg, PA 17101-1318
3990372        ##+BUDZIK & DYNIA, LLC,    ATTORNEYS AT LAW,    4849 N MILWAUKEE AVE, STE 801,
                 CHICAGO, IL 60630-2680
3990386        ##+FREDERICK J HANNA & ASSOC PC,    1427 ROSWELL ROAD,    MARIETTA, GA 30062-3668
                                                                            TOTALS: 0, * 3, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2016 at the address(es) listed below:
```
              Charles J. DeHart, III (Trustee)    dehartstaff@pamd13trustee.com, TWecf@pamd13trustee.com
              Dorothy L Mott    on behalf of Debtor Michael Scott Harris, Sr DorieMott@aol.com,
               KaraGendronECF@gmail.com;kristinkmessneresquire@msn.com;doriemott01@yahoo.com;bethsnyderecf@gmail
               .com
              Heather Elizabeth Verchick    on behalf of Creditor Andrea  Harris heather@midstatelaw.com
              Joseph P Schalk    on behalf of Creditor    Bank of America, N.A. pamb@fedphe.com
              Joshua I Goldman    on behalf of Creditor    Bank of America, N.A. bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joshua I Goldman    on behalf of Creditor    WILMINGTON SAVINGS FUND SOCIETY, et. al.
               bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com
              Kara Katherine Gendron    on behalf of Debtor Michael Scott Harris, Sr karagendronecf@gmail.com,
               doriemott@aol.com;doriemott01@yahoo.com;bethsnyderecf@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                             TOTAL: 8
```

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Michael Scott Harris Sr** | Social Security number or ITIN xxx–xx–2569 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN ____ EIN __–_____ |
| United States Bankruptcy Court | **Middle District of Pennsylvania** | |
| Case number: | **1:11–bk–07902–MDF** | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Scott Harris Sr
aka Michael Scott Harris

**By the court:** *Mary D France*

September 19, 2016

Honorable Mary D. France
United States Bankruptcy Judge

By: MMchugh, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**